IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GRAHAM,

      Plaintiff,                           No. 2:08-cv-2533 GEB KJN P

   vs.

M. JAFFE, et al.,

      Defendants.                  FINDINGS & RECOMMENDATIONS

_____/

      By order filed February 9, 2010, plaintiff's amended complaint was dismissed and thirty days leave to file a second amended complaint was granted. After an initial thirty day extension of time, plaintiff was granted a second extension of time. (Dkt. Nos. 22, 24.) On April 16, 2010, plaintiff was ordered to file his second amended complaint within forty-five days and warned that no further extensions of time would be granted. (Dkt. No. 24.) The forty-five day period has now expired, and plaintiff has not filed a second amended complaint or otherwise responded to the court's order.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-

1

one days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 3, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

grah2533.fta