IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GRAHAM,

    Plaintiff,                                                No. 2:08-cv-2533 GEB KJN P

    vs.

DR. M. JAFFE, et al.,

    Defendants.                                            <u>ORDER</u>

                              /

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

        On October 22, 2010, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. Despite granting plaintiff repeated extensions of time and directing reserve of the findings and recommendations, neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 22, 2010, are adopted in full;

2. Defendants Dr. N. Jaffee, M. Vasquez, Captain Baughman, Sgt. Steffins, and Correctional Officers Nieves, Wooden and Silva are dismissed; and

3. Plaintiff's § 1983 claims alleging threats against defendants Ellin and Dr. Acosta do not state cognizable civil rights claims and are dismissed.

Dated: March 31, 2011

GARLAND E. BURRELL, JR.
United States District Judge