IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GRAHAM,

      Plaintiff,                    No.  2:08-cv-2533 GEB KJN P

   vs.

DR. M. JAFFEE, et al.,

      Defendants.            ORDER

_____/

      Plaintiff has filed a motion for extension of time to file and serve an opposition to defendants' June 21, 2011 motion to dismiss.  Good cause appearing, IT IS HEREBY ORDERED that:

      1. Plaintiff's August 8, 2011 motion for an extension of time (dkt. no. 51) is granted;

      2. Plaintiff is granted thirty days from the date of this order in which to file and serve his opposition.  Defendants' reply, if any, shall be filed within seven days of this order.

DATED: August 12, 2011

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

grah2533.36