UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY GRAHAM, | No. 2:08-cv-2533 TLN KJN P |
| Plaintiff, | |
| v. | ORDER |
| DR. M. JAFFE, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel. Pursuant to this court's order, counsel for defendants filed a status report indicating that the parties agree that a formal settlement conference would be beneficial. Accordingly, the parties shall inform the court if they waive disqualification of the undersigned to serve as settlement judge by filing the waiver form provided by the deadline set below. The court will then set this matter for settlement conference. If the parties do not file the waiver form by the deadline, a settlement conference will be set before a different judge.

IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff and counsel for defendants the form "Notice of Waiver of Disqualification of Settlement Judge Pursuant to Local Rule 270(b);" and

////

1

2. Within twenty-one days from the date of this order, both parties shall either file the waiver form provided, or notify the court of a request for another judge to serve as settlement judge.

Dated: November 14, 2013

/grah2533.270

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE