1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ANTHONY GRAHAM,                           No.  2:08-cv-2533 TLN KJN P

12              Plaintiff,

13        v.                                   <u>ORDER</u>

14   DR. M. JAFFE, et al.,

15              Defendants.

16

17        Plaintiff is a state prisoner proceeding without counsel.  Both parties have waived

18   disqualification of the undersigned to serve as settlement judge.  (ECF Nos. 93, 94.)  A separate

19   order and writ of habeas corpus ad testificandum will issue to provide for plaintiff's attendance by

20   videoconference at the settlement conference.  Accordingly, IT IS HEREBY ORDERED that:

21        1.  This case is set for a settlement conference before the undersigned on Tuesday,

22   February 18, 2014, at 9:00 a.m., at the United States District Court, Eastern District of California,

23   501 I Street, Sacramento, California 95814, in Courtroom  No. 25 (8th Floor).

24        2.  Defendants' lead counsel and a person with full and unlimited authority to negotiate

25   and enter into a binding settlement on defendant's behalf shall attend the settlement conference in

26   person.[1]

27   _____

28   [1]  The term "full authority to settle" means that the individuals attending the settlement
     conference must be authorized to fully explore settlement options and to agree at that time to any

1

3. Those in attendance must be prepared to discuss the claims, defenses and damages. The failure of any counsel, party or authorized person subject to this order to appear in person may result in the imposition of sanctions. In addition, the conference will not proceed and will be reset to another date.

4. The parties are directed to exchange non-confidential settlement conference statements seven days prior to this settlement conference. Concurrently, counsel for defendants shall deliver their statement to the Court using the following email address: kjnorders@caed.uscourts.gov. Plaintiff shall, on or before Friday, February 7, 2013, send his statement to the court by mail, and indicate on the envelope and on the face of the statement that it is a confidential communication to the undersigned. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).[2]

---

settlement terms acceptable to the parties. G. Heileman Brewing Co., Inc. v. Joseph Oat Corp., 871 F.2d 648, 653 (7th Cir. 1989), cited with approval in Official Airline Guides, Inc. v. Goss, 6 F. 3d 1385, 1396 (9th Cir. 1993). The individual with full authority to settle must also have "unfettered discretion and authority" to change the settlement position of the party, if appropriate. Pittman v. Brinker Int'l., Inc., 216 F.R.D. 481, 485-86 (D. Ariz. 2003), amended on recon. in part, Pittman v. Brinker Int'l, Inc., 2003 WL 23353478 (D. Ariz. 2003). The purpose behind requiring the attendance of a person with full settlement authority is that the parties' view of the case may be altered during the face-to-face conference. Pitman, 216 F.R.D. at 486. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle. Nick v. Morgan's Foods, Inc., 270 F. 3d 590, 596-97 (8th Cir. 2001).

[2] Local Rule 270(d) and (e) provides:

(d) Confidentiality of Settlement Conference Statements. Settlement conference statements shall not be disclosed to the Judge or Magistrate Judge assigned to try the action unless the parties have agreed, and the Judge or Magistrate Judge has approved, that such Judge or Magistrate Judge will preside at the settlement conference. Settlement conference statements may be e-mailed in .pdf format directly to the courtroom deputy clerk of the Judge or Magistrate Judge before whom the settlement conference is to be held or may be submitted in paper directly to chambers. If the statement is confidential, it must be clearly captioned to reveal its confidential character. If a party is submitting a confidential settlement conference statement, the party must file a one page document entitled "Notice of Submission of Confidential Settlement Conference Statement." That filing, if done electronically, will thereby effect service of this notice on all other parties. If the notice is filed conventionally, the filing party must serve all other parties. The parties may agree, or not, to serve each other with the settlement statements.

(e) Return of Settlement Conference Statements. At the completion of the settlement conference, the Judge or Magistrate Judge before whom the settlement conference is held shall

1      IT IS SO ORDERED.

2  Dated:  December 12, 2013

3

4  /grah2533.set

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  return the statements to the respective parties who submitted them or otherwise dispose of them.
Settlement conference statements shall not be filed or made a part of the Court's records.