UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY GRAHAM,

        Plaintiff,                    No.  2:08cv2533 TLN KJN P

vs.

DR. M. JAFFE, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
_____/      **AD TESTIFICANDUM**

      Anthony Graham, inmate #K-47010, a necessary and material witness in proceedings in this case, is confined in Salinas Valley State Prison, 31625 Highway 101, Soledad, California 93960, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Kendall J. Newman, to appear by video-conference at Salinas Valley State Prison, on Tuesday, February 18, 2014, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:  The Warden of Salinas Valley State Prison, 31625 Highway 101, Soledad, CA  93960:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  January 3, 2014

                                                            _/s/ Kendall J. Newman_
                                                            KENDALL J. NEWMAN
                                                            UNITED STATES MAGISTRATE JUDGE

/grah2533.841vc