KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
DANIELLE F. O'BANNON, State Bar No. 207095
Supervising Deputy Attorney General
DIANA N. CHINN, State Bar No. 271577
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-8152
 Facsimile: (916) 324-5205

*Attorneys for Defendants Whitted and Jubb*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO

| ANTHONY GRAHAM,<br><br>Plaintiff,<br><br>v.<br><br>DR. M. JAFFE, et al.,<br><br>Defendants. | Case No. 2:08-cv-02533 TLN KJN PC<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |
|---|---|

Plaintiff Anthony Graham and Defendants Whitted and Jubb have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/ / /

/ / /

/ / /

1

1 |     Each party shall bear its own litigation costs and attorney's fees.

2 |     It is so stipulated.

4 | Dated: 2-28-14          _[signature]_
                                          Anthony Graham
                                          Plaintiff

Dated: 3/4/14          _[signature]_
                                          Diana N. Chinn
                                          Deputy Attorney General
                                          California Attorney General's Office
                                          *Attorney for Defendants*

    In accordance with the parties' stipulation, this action is dismissed with prejudice. The Clerk of the Court shall close the file. **IT IS SO ORDERED.**

Dated: August 8, 2014          _[signature]_
                                          KENDALL J. NEWMAN
                                          UNITED STATES MAGISTRATE JUDGE

SA2011301268
11276337.doc

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (2:08-cv-02533 TLN KJN PC)